# United States District Court
# For The Western District of North Carolina
# Statesville Division

KENNETH TERRELL DALTON,

        Plaintiff(s),              JUDGMENT IN A CIVIL CASE

vs.                                       5:07CV69

USA,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 4, 2007 Order.

                                                           Signed: September 4, 2007

*/s/ Frank G. Johns*

Frank G. Johns, Clerk
United States District Court